
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 14-40032 |
| Plaintiff, | INDICTMENT |
| vs. | FAILURE TO PAY LEGAL CHILD SUPPORT |
| MICHAEL D. GREENE, | 18 U.S.C. § 228(a)(3) |
| Defendant. | |

The Grand Jury charges:

### Count I

From on or about November 1, 2011, and continuing to about April 1, 2013, in Minnehaha County, in the District of South Dakota, defendant, Michael D. Greene, while residing in a different state with respect to his minor child, R.S.G., who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Second Judicial Circuit, Minnehaha County, South Dakota, and which obligation is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

### Count II

From on or about January 1, 2011, and continuing to about April 1, 2013, in Minnehaha County, in the District of South Dakota, defendant, Michael D. Greene, while residing in a different state with respect to his minor children, Q.D.G. and K.R.G., who reside in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the

Second Judicial Circuit, Minnehaha County, South Dakota, and which obligation has remained unpaid for a period longer than two years and is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

A TRUE BILL:

**NAME REDACTED**

--------------------------------
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: *[signature]*